**Order entered October 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00821-CR

**TIMOTHY JAMES TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80945-2012**

## ORDER

This appeal has been pending since June 25, 2014. On July 28, 2015, appellate counsel filed a motion to withdraw and an *Anders* brief in support. The record has been made available to appellant to file a pro se response. The Court now has before it appellant's October 19, 2015 pro se motion for discovery. He is seeking the jury charges and jury notes.

Upon review of the clerk's record, we note that it does not contain the jury charge for either the guilt phase or the punishment phase, nor does it contain the verdict forms. The Court cannot determine whether there were any notes from the jury and responses from the trial court. We further note that the *Anders* brief filed by counsel does not address the jury charges or verdicts, the pretrial motions that were filed and any rulings on them, and only briefly addresses

voir dire. Accordingly, we conclude the brief does not comply with the requirements of *Anders v. California*, and we **STRIKE** the *Anders* brief filed on July 28, 2015.

We will treat appellant's pro se motion as one to supplement the record. We **GRANT** the motion. We **ORDER** the Collin County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the jury charges for the guilt and punishment phases, and their respective verdicts, and any notes from the jury and responses thereto.

We **ORDER** appellate counsel Pamela Lakatos to file, within **FORTY-FIVE DAYS** of the date of this order, an amended brief that either raises issues on the merits or an *Anders* brief that addresses the deficiencies noted herein and fully complies with the requirements of *Anders*. We further **ORDER** that the amended brief identify all children named in it by their initials only.

The Court will defer any determination of whether appellant will be provided a copy of the supplemental clerk's record until the amended brief is filed. If the amended brief is an *Anders* brief, the Court will reset the deadline for appellant's pro se response at that time.

We **DIRECT** the Clerk to send copies of this order to Andrea Stroh Thompson, Collin County District Clerk; Pamela Lakatos; and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Taylor, TDCJ No. 01938359, Telford Unit, 3899 State Hwy 98, New Boston, TX 75570.

/s/ ADA BROWN
JUSTICE